Rob Bonta
Attorney General of California
Anthony R. Hakl
Supervising Deputy Attorney General
Gabrielle D. Boutin
Deputy Attorney General
State Bar No. 267308
  1300 I Street, Suite 125
  P.O. Box 944255
  Sacramento, CA 94244-2550
  Telephone: (916) 210-6053
  Fax: (916) 324-8835
  E-mail: Gabrielle.Boutin@doj.ca.gov
*Attorneys for Defendant Dr. Shirley Weber, in her official capacity as California Secretary of State*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **PEACE AND FREEDOM PARTY; LIBERTARIAN PARTY OF CALIFORNIA; GREEN PARTY OF CALIFORNIA; GAIL LIGHTFOOT; JOE DEHN; SEAN DOUGHERTY; WILLIAM PATTERSON; AARON REVELES; SHANNEL PITTMAN,**<br><br>Plaintiffs,<br><br>v.<br><br>**DR. SHIRLEY N. WEBER, CALIFORNIA SECRETARY OF STATE,**<br><br>Defendant. | 3:24-cv-08308-MMC<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT**<br><br>Courtroom: 7<br>Judge: Maxine M. Chesney<br>Trial Date: None set<br>Action Filed: November 21, 2024 |

In accordance with Local Rule 6-1(a), Plaintiffs Peace and Freedom Party, Libertarian Party of California, Green Party of California, Gail Lightfoot, Joe Dehn, Sean Dougherty, William Patterson, Aaron Reveles, and Shannel Pittman and Defendant Shirley Weber, in her official capacity as California Secretary of State (altogether, the "Parties"), hereby stipulate to extend Defendant's time to file a response to Plaintiffs' Complaint, ECF No. 1, as follows:

1

1   WHEREAS, Plaintiffs filed the Complaint on November 21, 2024;

2   WHEREAS, the Parties agree that Plaintiffs duly served Defendant with the Summons and

3   Complaint on December 11, 2024;

4   WHEREAS, Defendant's response to the Complaint is currently due on January 2, 2025;

5   WHEREAS, Defendant has requested, and Plaintiffs have agreed to, additional time to file

6   a response to the Complaint;

7   NOW THEREFORE,

8   Plaintiffs and Defendant agree to extend the time for Defendant file a response to the

9   Complaint by 29 days, so that the response is now due on January 31, 2025.

| | | |
|---|---|---|
| 1 | Dated: December 17, 2024 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | ANTHONY R. HAKL<br>Supervising Deputy Attorney General |
| 4 | | |
| 5 | | |
| 6 | | *s/ Gabrielle D. Boutin*<br>GABRIELLE D. BOUTIN<br>Deputy Attorney General |
| 7 | | *Attorneys for Dr. Shirley Weber, in her official capacity as California Secretary of State* |
| 8 | | |
| 9 | | |
| 10 | Dated: December 17, 2024 | *s/ Soyeun D. Choi*<br>Soyeun D. Choi (SBN 211344)<br>Counsel for Plaintiffs |
| 11 | | |
| 12 | | |
| 13 | | Soyeun D. Choi, Esq., PC<br>969G Edgewater Blvd, 314<br>Foster City, CA 94404 |
| 14 | | Telephone: (650) 380-6116<br>E-mail: Soyeun@SoyeunEsq.com |
| 15 | | |
| 16 | | |
| 17 | | *s/ David I. Schoen*<br>David I. Schoen (pro hac vice)<br>Counsel for Plaintiffs |
| 18 | | |
| 19 | | David I. Schoen<br>Attorney at Law<br>2800 Zelda Road, Suite 100-6 |
| 20 | | Montgomery, Alabama 36106 |
| 21 | | Telephone: 334-395-6611<br>Facsimile: 917-591-7586 |
| 22 | | E-Mail: Dschoen593@aol.com<br>            Schoenlawfirm@gmail.com |
| 23 | | |

### FILER'S ATTESTATION

I, Gabrielle D. Boutin attest in accordance with Local Rule 5-1(i)(3) that each of the other signatories to this document have concurred in the filing of the document.

Dated: December 17, 2024                             *s/ Gabrielle D. Boutin*
                                                     Gabrielle D. Boutin

# CERTIFICATE OF SERVICE

Case Name:  **Peace and Freedom Party, et al. v. Dr. Shirley N. Weber**

Case No.: **3:24-cv-08308-MMC**

I hereby certify that on <u>December 18, 2024</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**STIPULATION TO EXTEND TIME FOR DEFENDANT TO RESPOND TO THE COMPLAINT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>December 18, 2024</u>, at Los Angeles, California.

Kevin Carballo
Declarant

*Kevin Carballo*
Signature

SA2024305451
67302323.docx