IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEACE AND FREEDOM PARTY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> SHIRLEY N. WEBER, <br><br> Defendant. | Case No. 24-cv-08308-MMC <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of defendant's pending motion to dismiss, filed January 31, 2025, and noticed for hearing March 28, 2025, the Case Management Conference currently scheduled for February 21, 2025, is hereby CONTINUED to June 20, 2025, at 10:30 a.m. A Joint Case Management Conference Statement shall be filed no later than June 13, 2025.

**IT IS SO ORDERED.**

Dated: February 3, 2025

MAXINE M. CHESNEY
United States District Judge