NIELSEN MERKSAMER LLP
  Christopher E. Skinnell, Esq. (S.B. No. 227093)
  David J. Lazarus, Esq. (S.B. No. 304352)
2350 Kerner Boulevard, Suite 250
San Rafael, California 94941
Telephone: (415) 389-6800
Facsimile:  (415) 388-6874
E-mail: cskinnell@nmgovlaw.com
E-mail: dlazarus@nmgovlaw.com

*Attorneys for (Proposed) Intervenor-Defendants*
CALIFORNIANS TO DEFEND THE OPEN PRIMARY
and INDEPENDENT VOTER PROJECT

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEACE AND FREEDOM PARTY OF CALIFORNIA, *et al.*,<br><br>    *Plaintiffs*,<br><br>vs.<br><br>Dr. SHIRLEY N. WEBER, CALIFORNIA SECRETARY OF STATE,<br><br>    *Defendant*.<br><br>CALIFORNIANS TO DEFEND THE OPEN PRIMARY and INDEPENDENT VOTER PROJECT,<br><br>    *(Proposed) Intervenor-Defendants*. | Case No. 3:24-cv-08308-MMC<br><br>**NOTICE OF ERRATA REGARDING MOTION TO INTERVENE OF CALIFORNIANS TO DEFEND THE OPEN PRIMARY and THE INDEPENDENT VOTER PROJECT**<br><br>DATE: March 28, 2025<br>TIME: 9:00 a.m.<br>COURTROOM: 7 (19th Floor)<br>JUDGE: Hon. Maxine M. Chesney |

# NOTICE OF MOTION & MOTION

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that it has come to the attention of Intervenor-Defendants CALIFORNIANS TO DEFEND THE OPEN PRIMARY and INDEPENDENT VOTER PROJECT that upon filing their motion to intervene on January 31, 2025, Proposed Intervenor-Defendants mistakenly attached their proposed Answer in Intervention twice, rather than attaching the proposed Answer and a proposed Complaint in Intervention. A correct copy of the proposed Complaint in Intervention is attached hereto.

Respectfully submitted,

Dated: February 6, 2025

NIELSEN MERKSAMER LLP

By: /s/ Christopher E. Skinnell
Christopher E. Skinnell

*Attorneys for Intervenor-Defendants*
CALIFORNIANS TO DEFEND THE OPEN PRIMARY and INDEPENDENT VOTER PROJECT