IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEACE AND FREEDOM PARTY, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>SHIRLEY N. WEBER,<br><br>　　　　　Defendant. | Case No. 24-cv-08308-MMC<br><br>**ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS; VACATING HEARING** |

Before the Court is defendant's Motion, filed January 31, 2025, "to Dismiss Complaint." On February 21, 2025, plaintiffs filed a First Amended Complaint ("FAC").

A party may amend a pleading "once as a matter of course no later than . . . 21 days after service of a responsive pleading or 21 days after service of a motion under Rule 12(b), (e), or (f), whichever is earlier." See Fed. R. Civ. P. 15(a)(1). "[A]n amended pleading supersedes the original, the latter being treated thereafter as non-existent." See Bullen v. De Bretteville, 239 F.2d 824, 833 (9th Cir. 1956), cert. denied, 353 U.S. 947 (1957); see also Falck Northern California Corp. v. Scott Griffith Collaborative Solutions, LLC, 25 F.4th 763, 765 (9th Cir. 2022) (holding filing of amended complaint "renders [initial complaint] without legal effect") (internal quotation and citation omitted)).

In the instant case, plaintiffs filed the FAC within 21 days after service of defendant's motion to dismiss, and, consequently, was entitled to amend as of right. See Fed. R. Civ. P. 15(a)(1).

Accordingly, defendant's motion to dismiss the initial complaint is hereby DENIED as moot, and the hearing scheduled for March 28, 2025, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: February 24, 2025

　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　United States District Judge