1  NIELSEN MERKSAMER LLP
2      Christopher E. Skinnell, Esq. (S.B. No. 227093)
       David J. Lazarus, Esq. (S.B. No. 304352)
3  2350 Kerner Boulevard, Suite 250
   San Rafael, California 94941
4  Telephone: (415) 389-6800
5  Facsimile:  (415) 388-6874
   E-mail: cskinnell@nmgovlaw.com
6  E-mail: dlazarus@nmgovlaw.com

7  *Attorneys for Intervenor-Defendants*
8  CALIFORNIANS TO DEFEND THE OPEN PRIMARY
   and INDEPENDENT VOTER PROJECT
9
10
11             IN THE UNITED STATES DISTRICT COURT
12            FOR THE NORTHERN DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| PEACE AND FREEDOM PARTY OF CALIFORNIA, *et al.*,<br><br>    *Plaintiffs*,<br><br>vs.<br><br>Dr. SHIRLEY N. WEBER, CALIFORNIA SECRETARY OF STATE,<br><br>    *Defendant.*<br><br>CALIFORNIANS TO DEFEND THE OPEN PRIMARY and INDEPENDENT VOTER PROJECT,<br><br>    *Intervenor-Defendants.* | Case No. 3:24-cv-08308-MMC<br><br>**[Proposed] ORDER GRANTING INTERVENOR-DEFENDANTS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>DATE: July 11, 2025<br>TIME: 9:00 a.m.<br>COURTROOM: 7 (19th Floor)<br>JUDGE: Hon. Maxine M. Chesney |

Having considered Intervenor-Defendants' request that the Court take judicial notice of pleadings in prior related cases[1] in support of those parties' motion to dismiss this action for failure to state a claim under Federal Rule of Civil Procedure 12(b)(1) and (6),

**IT IS HEREBY ORDERED** that Intervenor-Defendants' motion is **GRANTED**. *See United States ex rel. Robinson Rancheria Citizens Council v. Borneo, Inc.*, 971 F.2d 244, 248 (9th Cir. 1992) (courts "'may take notice of proceedings in other courts, both within and without the federal judicial system, if those proceedings have a direct relation to matters at issue.'" (quoting *St. Louis Baptist Temple, Inc. v. FDIC*, 605 F.2d 1169, 1172 (10th Cir. 1979)).

**IT IS SO ORDERED** this ____ day of _____, 2025.

_____
Hon. Maxine M. Chesney
United States District Judge

---

[1] *Rubin v. Bowen* (subsequently renamed *Rubin v. Padilla*), Alameda County Superior Court, Case No. RG11605301; *Wash. State Rep. Party v. Wash. State Grange*, Case 05-cv-00927-JCC (W.D. Wash.),