1    DAVID I. SCHOEN (*PRO HAC VICE*)
     ATTORNEY AT LAW
2    2800 ZELDA ROAD, SUITE 100-6
     MONTGOMERY, ALABAMA 36106
3    TELEPHONE: 917-941-7952
     E-MAIL: SCHOENLAWFIRM@GMAIL.COM
4
     SOYEUN D. CHOI, ESQ., PC (SBN 211344)
5    969G EDGEWATER BLVD, 314
     FOSTER CITY, CA 94404
6    TELEPHONE: (650) 380-6116
     E-MAIL: SOYEUN@SOYEUNESQ.COM
7
     Counsel for all Plaintiffs
8
                    IN THE UNITED STATES DISTRICT COURT
9
                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11

12   **PEACE AND FREEDOM PARTY, et. al.,**            3:24-cv-08308-MMC

13                                    Plaintiffs,     **STIPULATION AND JOINT REQUEST
                                                      TO MODIFY BRIEFING SCHEDULE ON
14            **v.**                                  MOTIONS TO DISMISS THE FIRST
                                                      AMENDED COMPLAINT**
15
     **DR. SHIRLEY N. WEBER, CALIFORNIA**             Courtroom:  7
16   **SECRETARY OF STATE,**                          Judge:  Hon. Maxine M. Chesney
                                                      Trial Date:  None set
17                                    Defendant.      Action Filed:  November 21, 2024

18

19

20           In accordance with Local Rules 6-2 and 7-12, Plaintiffs Peace and Freedom Party,

21   Libertarian Party of California, Green Party of California, American Solidarity Party of

22   California, Gail Lightfoot, Joe Dehn, Sean Dougherty, William Patterson, Aaron Reveles, and

23   Shannel Pittman; Defendant Shirley Weber, in her official capacity as California Secretary of

24   State; and Intervenor-Defendants Californians to Defend the Open Primary and Independent

25   Voter Project (altogether, the "Parties"), hereby stipulate and ask the Court to modify the briefing

26   schedule on Defendant's and Intervenor-Defendants' motions to dismiss the First Amended

27   Complaint (FAC), as follows:

28           WHEREAS, Plaintiffs filed the FAC on February 21, 2025, ECF No. 31;

                                                1

WHEREAS, on March 3, 2025, the Parties filed a Stipulation and Joint Request, ECF No. 32, asking the Court to issue an order adopting the Parties' stipulated briefing schedule that provided for Plaintiffs' response in opposition to the motions to dismiss to be filed on May 29, 2025 and the moving parties' replies to be filed on June 13, 2025, with a stipulated hearing date of July 27, on Defendant's and Intervenor-Defendants' then-forthcoming motions to dismiss the FAC;

WHEREAS, on March 4, 2025, the Court issued an Order adopting the parties' proposed briefing schedule but setting a hearing date of July 11, 2025, ECF No. 33;

WHEREAS, on April 11, 2025, Defendant and Intervenor-Defendants filed their motions to dismiss the FAC, *see* ECF Nos. 34, 35, 36 (Defendant's Amended Notice of Motion);

WHEREAS, on April 21, 2025, the parties filed a stipulation and joint request to continue the hearing on the motions to dismiss until August 22, 2025, ECF No. 37;

WHEREAS, on April 22, 2025, the Court entered an Order adopting the stipulation and joint request and setting the hearing on the motions to dismiss for August 22, 2025 and the Case Management Conference for October 24, 2025, ECF No. 38;

WHEREAS, an unforeseeable personal issue has arisen for Plaintiffs' counsel which, along with other work obligations and religious observance issues, requires Plaintiffs' counsel to request this extension of the briefing schedule;

WHEREAS, counsel for all parties have conferred to agree on new dates for the briefing schedule which would allow all parties to meet their respective modified filing deadlines, given their respective obligations in other matters,

NOW THEREFORE,

The Parties have agreed to and ask the Court to enter an order modifying the briefing schedule on the motions to dismiss such that Plaintiffs' response to the two motions to dismiss would be continued from May 29, 2025 to June 26, 2025 and the moving parties' replies in further support of their respective motions to dismiss would be continued from June 13, 2025 to July 28, 2025.

The parties have further agreed that they can and will be prepared to keep the August 22, 2025 hearing date on the motions to dismiss and the October 24, 2025 Case Management Conference Case as presently set.  In the alternative, if the Court finds that it needs to move those dates in light of the requested modified briefing schedule, the parties can all be prepared to appear for a hearing on the motions to dismiss on October 17, 2025, with the Court setting a Case Management Conference for a date the Court deems appropriate.

Stipulation and Joint Request to Modify Briefing Schedule on Motions to Dismiss the FAC (3:24-cv-08308-MMC)

1   C                                        Respectfully submitted,

2                                            ROB BONTA
                                             Attorney General of California
3                                            ANTHONY R. HAKL
                                             Supervising Deputy Attorney General
4
                                             *s/ Gabrielle D. Boutin*
5                                            GABRIELLE D. BOUTIN
                                             Deputy Attorney General
6                                            1300 I Street, Suite 125
                                             P.O. Box 944255
7                                            Sacramento, CA  94244-2550
                                             Telephone:  (916) 210-6053
8                                            Fax:  (916) 324-8835
                                             E-Mail:  Gabrielle.Boutin@doj.ca.gov
9                                            *Attorneys for Dr. Shirley Weber, in her*
                                             *official capacity as California Secretary of*
10                                           *State*

11                                           *s/ Soyeun D. Choi*
                                             Soyeun D. Choi (SBN 211344)
12                                           Soyeun D. Choi, Esq., PC
                                             969G Edgewater Blvd, 314
13                                           Foster City, CA 94404
                                             Telephone: (650) 380-6116
14                                           E-mail: Soyeun@SoyeunEsq.com

15                                           *s/ David I. Schoen*
                                             David I. Schoen (pro hac vice)
16                                           Counsel for Plaintiffs
                                             David I. Schoen
17                                           Attorney at Law
                                             2800 Zelda Road, Suite 100-6
18                                           Montgomery, Alabama 36106
                                             Telephone:  917-941-7952
19                                           Facsimile: 917-591-7586
                                             E-Mail: Schoenlawfirm@gmail.com
20
                                             *Attorneys for All Plaintiffs*
21
                                             *s/ Christopher E. Skinnell*
22                                           Christopher E. Skinnell
                                              NIELSEN MERKSAMER LLP
23                                            2350 Kerner Boulevard, Suite 250
                                              San Rafael, CA  94901
24                                            Telephone:  415-389-6800
                                              Fax:  415-388-6874
25                                            E-Mail:  cskinnell@nmgovlaw.com

26                                           *Attorneys for Intervenor-Defendants*
                                             CALIFORNIANS TO DEFEND THE OPEN
27                                           PRIMARY and INDEPENDENT VOTER
                                             PROJECT
28

Stipulation and Joint Request to Modify Briefing Schedule on Motions to Dismiss the FAC (3:24-cv-08308-MMC)

1

2

3                          **<u>FILER'S ATTESTATION</u>**

4          I, David I. Schoen attest in accordance with Local Rule 5-1(i)(3) that each of the other

5    signatories to this document have concurred in the filing of the document.

6    Dated: May 20, 2025                            *<u>s/ David I. Schoen</u>*
                                                   David I. Schoen
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation and Joint Request to Modify Briefing Schedule on Motions to Dismiss the FAC (3:24-cv-08308-MMC)