DAVID I. SCHOEN (*PRO HAC VICE*)
ATTORNEY AT LAW
2800 ZELDA ROAD, SUITE 100-6
MONTGOMERY, ALABAMA 36106
TELEPHONE: 917-941-7952
E-MAIL: SCHOENLAWFIRM@GMAIL.COM

SOYEUN D. CHOI, ESQ., PC (SBN 211344)
969G EDGEWATER BLVD, 314
FOSTER CITY, CA 94404
TELEPHONE: (650) 380-6116
E-MAIL: SOYEUN@SOYEUNESQ.COM

Counsel for all Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PEACE AND FREEDOM PARTY, et. al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**DR. SHIRLEY N. WEBER, CALIFORNIA SECRETARY OF STATE,**<br><br>Defendant. | 3:24-cv-08308-MMC<br><br>**DECLARATION OF DAVID I. SCHOEN IN SUPPORT OF STIPULATION AND JOINT REQUEST TO MODIFY BRIEFING SCHEDULE ON MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT**<br><br>(L.R. 6-2)<br><br>Courtroom: 7<br>Judge: Hon. Maxine M. Chesney<br>Trial Date: None set<br>Action Filed: November 21, 2024 |

I, David I. Schoen, hereby declare as follows:

1. I am counsel for all Plaintiffs in this action. I make this declaration in support of the parties' Stipulation and Joint Request to Modify the Briefing Schedule on the outstanding Motions to Dismiss First Amended Complaint.

2. Plaintiffs filed the First Amended Complaint ("FAC") in this action on February 21, 2025. ECF No. 31.

3.   The parties' attorneys then conferred and stipulated to a briefing schedule and hearing date of June 27, 2025, for Defendant and Defendant-Intervenors' then-forthcoming motions to dismiss the FAC.  The parties filed with the Court a Stipulation and Joint Request for an order adopting this briefing schedule and hearing date.  ECF No. 32.

4.   On March 4, 2025, the Court issued an Order adopting the stipulated briefing schedule but setting a hearing date of July 11, 2025.  ECF No. 33.

5.   On April 22, 2025, the Court entered an Order adopting the parties' stipulation and joint request to move the hearing date on the motions to dismiss to August 22, 2025, ECF No. 38.

6.   Based on an unforeseeable personal issue that has arisen for Plaintiffs' counsel (the undersigned), the need to seek a modification of the briefing schedule has arisen.

7.   Counsel for all parties have therefore conferred, considered respective schedules and agreed to ask the Court to modify the briefing schedule on the motions to dismiss to continue Plaintiffs' response in opposition from May 29, 2025 to June 26, 2025 and the moving parties' respective reply date from June 13, 2025 to July 28, 2025.  The parties have all agreed that the hearing date of August 22, 2025 and the Case Management Conference date of October 25, 2025, can remain the same if agreeable to the Court.  If the August 22, 2025 hearing date would not work for the Court in light of the modified briefing schedule, counsel for all parties can be available for a hearing on the motions to dismiss on the alternative date of October 17, 2025.

8.   Previous time modifications in this case have occurred as follows:

- On December 18, 2024, Defendant Weber filed a stipulation and thereby obtained a 29-day extension of time to respond to the original Complaint.  ECF No. 11.
- On February 3, 2025, the Court continued the initial case management conference from February 21 to June 20, 2025.  ECF No. 22.
- On March 4, 2025, as described above, the Court issued the Order setting the briefing schedule and hearing date on the motions to dismiss the FAC and continued the case management conference to September 12, 2025.  ECF No. 33.

- On April 22, 2025, as described above, the Court entered an Order on the parties' stipulation and joint request, setting the hearing date for August 22, 2025 and the Case Management Conference date for October 24, 2025

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 20th day of May, 2025, in Atlanta, Georgia.

*/s/ David I. Schoen*

David I. Schoen