IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEACE AND FREEDOM PARTY, et al.,<br><br>   Plaintiffs,<br><br>   v.<br><br>SHIRLEY N. WEBER,<br><br>   Defendant. | Case No.  24-cv-08308-MMC<br><br>**ORDER VACATING HEARING ON MOTIONS TO DISMISS** |

Before the Court are two motions:  (1) defendant's Motion to Dismiss, filed April 11, 2025; and (2) intervenor-defendants' Motion to Dismiss, filed April 11, 2025.  Plaintiffs have filed a single opposition, to which defendant and intervenor-defendants have separately replied.  Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for August 22, 2025.

**IT IS SO ORDERED.**

Dated: August 15, 2025

MAXINE M. CHESNEY
United States District Judge