1  DAVID I. SCHOEN (PRO HAC VICE)
   ATTORNEY AT LAW
2  2800 ZELDA ROAD, SUITE 100-6
   MONTGOMERY, ALABAMA 36106
3  TELEPHONE: 917-941-7952
   E-MAIL: SCHOENLAWFIRM@GMAIL.COM
4
   SOYEUN D. CHOI, ESQ., PC (SBN 211344)
5  969G EDGEWATER BLVD, 314
   FOSTER CITY, CA 94404
6  TELEPHONE: (650) 380-6116
   E-MAIL: SOYEUN@SOYEUNESQ.COM
7
   Counsel for all Plaintiffs

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PEACE AND FREEDOM PARTY, et. al.,** | 3:24-cv-08308-MMC |
| Plaintiffs, | **STATEMENT OF RECENT DECISION** |
| v. | Judge: Hon. Maxine M. Chesney<br>Hearing Date: None |
| **DR. SHIRLEY N. WEBER, CALIFORNIA SECRETARY OF STATE,** | |
| Defendant. | |

Pursuant to Rule 7-3 (d)(2) of the Civil Local Rules, Plaintiffs bring to the Court's attention a relevant judicial opinion that was published after Plaintiffs' Opposition to the Motion to Dismiss was filed.

The opinion in *Arizona v. Fontes*, 142 F.4th 1226 (9th Cir. 2025) was published on July 11, 2025 (Opinion attached). Plaintiffs' Opposition to the Motion to Dismiss was filed on June 26, 2025 (ECF No. 42). Replies on the Motion to Dismiss were filed by the Defendant and the Intervenors on July 28, 2025 (ECF Nos. 44, 45, respectively); but the Replies do not cite this recent decision.

Plaintiffs had hoped to discuss this relevant recent decision at the hearing scheduled for August 22, 2025; however, on August 15, 2025, the Court vacated the hearing (ECF No. 46).

Civil L.R. 7-3 (d)(2) expressly provides that a Statement of Recent Decision is to be filed and is to contain a citation to the relevant recent decision without argument, along with a copy of the relevant recent Opinion.

Respectfully Submitted,

s/ *David I. Schoen*
David I. Schoen (pro hac vice)
Counsel for Plaintiffs
David I. Schoen
Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106
Telephone:  917-941-7952
Facsimile: 917-591-7586
E-Mail: Schoenlawfirm@gmail.com

Soyeun D. Choi (SBN 211344)
Soyeun D. Choi, Esq., PC
969G Edgewater Blvd, 314
Foster City, CA 94404
Telephone: (650) 380-6116
E-mail: Soyeun@SoyeunEsq.com

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused a true and correct copy of the foregoing Statement of Recent Decision and the attached Opinion on all counsel of record by filing the same through this Court's ECF system on this 21st day of August, 2025.

s/ *David I. Schoen*