IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEACE AND FREEDOM PARTY, et al., <br> Plaintiffs, <br> v. <br> SHIRLEY N. WEBER, <br> Defendant. | Case No. 24-cv-08308-MMC <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

In light of the pending motions to dismiss (see Doc. Nos. 34, 35), the Case Management Conference currently scheduled for October 24, 2025, is hereby CONTINUED to February 27, 2026, at 10:30 a.m.  A Joint Case Management Conference Statement shall be filed no later than February 20, 2026.

**IT IS SO ORDERED.**

Dated: October 15, 2025

MAXINE M. CHESNEY
United States District Judge