1  ROB BONTA
   Attorney General of California
2  ANTHONY R. HAKL
   Supervising Deputy Attorney General
3  GABRIELLE D. BOUTIN
   Deputy Attorney General
4  State Bar No. 267308
    1300 I Street, Suite 125
5   Sacramento, CA 95814
    Telephone: (916) 210-6053
6   Fax: (916) 324-8835
    E-mail: Gabrielle.Boutin@doj.ca.gov
7  *Attorneys for Defendant Dr. Shirley Weber, in her
   official capacity as California Secretary of State*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **PEACE AND FREEDOM PARTY, et al.,**<br><br>Plaintiffs,<br><br>v.<br><br>**DR. SHIRLEY N. WEBER, CALIFORNIA SECRETARY OF STATE,**<br><br>Defendant.<br><br>**CALIFORNIANS TO DEFEND THE OPEN PRIMARY and INDEPENDENT VOTER PROJECT,**<br><br>Intervenor-Defendants. | 3:24-cv-08308-MMC<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br><u>Case Management Conference</u><br>Date:  February 27, 2026<br>Time:  10:30 a.m.<br>Courtroom: Via Zoom<br>Judge:  The Honorable Maxine M. Chesney<br><br>Trial Date: None set<br>Action Filed: November 21, 2024 |

Plaintiffs Peace and Freedom Party Libertarian Party of California, Green Party of California, American Solidarity Party of California, Gail Lightfoot, Joe Dehn, Sean Dougherty, William Patterson, Aaron Reveles, Shannel Pettman, Defendant Secretary of State Shirley Weber, in her official capacity, and Intervenor-Defendants Californians to Defend the Open Primary and Independent Voter Project (collectively, the "Parties") submit this Joint Case Management Statement in accordance with this Court's October 15, 2025 Order Continuing Case Management Conference, ECF No. 50.

The Parties have no updates to their previous Joint Case Management Statement filed on October 15, 2025, ECF No. 49.  Defendant and Defendant-Intervenors have filed motions to dismiss the operative First Amended Complaint and those motions are still under submission.  The Parties believe that the resolution of these motions will help define the scope and timeline for any discovery, dispositive motions, and trial in this case.  The Parties therefore ask the Court to continue the Case Management Conference currently set for February 27, 2026, and reset it for a date after the motions to dismiss have been resolved.  The Parties would be willing to submit an updated Case Management Statement prior to that continued conference.

| | | |
|---|---|---|
| 1 | Dated: February 20, 2026 | Respectfully submitted, |
| 2 | | ROB BONTA<br>Attorney General of California |
| 3 | | ANTHONY R. HAKL<br>Supervising Deputy Attorney General |

*s/ Gabrielle D. Boutin*
GABRIELLE D. BOUTIN
Deputy Attorney General
*Attorneys for Dr. Shirley Weber, in her official capacity as California Secretary of State*

Dated: February 20, 2026

*s/ Soyeun D. Choi*
Soyeun D. Choi (SBN 211344)
Counsel for Plaintiffs

Soyeun D. Choi, Esq., PC
969G Edgewater Blvd, 314
Foster City, CA 94404
Telephone: (650) 380-6116
E-mail: Soyeun@SoyeunEsq.com

Dated: February 20, 2026

*s/ David I Schoen*
David I. Schoen (pro hac vice)
Counsel for Plaintiffs

David I. Schoen
Attorney at Law
2800 Zelda Road, Suite 100-6
Montgomery, Alabama 36106

Telephone: 334-395-6611
Facsimile: 917-591-7586
E-Mail: Dschoen593@aol.com
         Schoenlawfirm@gmail.com

Dated: February 20, 2026

NIELSEN MERKSAMER LLP

*s/ Christopher E. Skinnell*
Christopher E. Skinnell
*Attorneys for Intervenor-Defendants*
CALIFORNIANS TO DEFEND THE OPEN PRIMARY and INDEPENDENT VOTER PROJECT

**FILER'S ATTESTATION**

I, Gabrielle D. Boutin attest in accordance with Local Rule 5-1(i)(3) that each of the other signatories to this document have concurred in the filing of the document.

Dated:  February 20, 2026                     *s/ Gabrielle D. Boutin*
                                              Gabrielle D. Boutin

# CERTIFICATE OF SERVICE

| | | | |
|---|---|---|---|
| Case Name: | **Peace and Freedom Party, et al. v. Dr. Shirley N. Weber** | No. | **3:24-cv-08308-MMC** |

I hereby certify that on <u>February 20, 2026</u>, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**JOINT CASE MANAGEMENT STATEMENT**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California and the United States of America the foregoing is true and correct and that this declaration was executed on <u>February 20, 2026</u>, at Los Angeles, California.

| | |
|---|---|
| Gabrielle D. Boutin | */s/ Gabrielle D. Boutin* |
| Declarant | Signature |