IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEACE AND FREEDOM PARTY, et al., <br> Plaintiffs, <br> v. <br> SHIRLEY N. WEBER, <br> Defendant. | Case No.  24-cv-08308-MMC <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

Before the Court is the parties' Joint Case Management Statement (see Doc. No. 52), in which the parties seek a continuance of the Case Management Conference, currently scheduled for February 27, 2026, to a date after the pending motions to dismiss have been resolved.

Good cause appearing, the Case Management Conference is hereby CONTINUED to April 10, 2026, at 10:30 a.m.. A Joint Case Management Statement shall be filed no later than April 3, 2026.

**IT IS SO ORDERED.**

Dated: February 25, 2026

MAXINE M. CHESNEY
United States District Judge