IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEACE AND FREEDOM PARTY, et al., | Case No.  24-cv-08308-MMC |
| Plaintiffs, | |
| v. | **ORDER RE: CASE MANAGEMENT CONFERENCE** |
| SHIRLEY N. WEBER, | |
| Defendant. | |

By prior order, the Court, in light of two pending Motions to Dismiss, continued the Case Management Conference in the above-titled case to April 10, 2026. The Court anticipates issuing an order resolving those motions within the current month, and, accordingly, hereby VACATES the upcoming Case Management Conference. The Court will advise the parties of any future dates once that order has been filed.

**IT IS SO ORDERED.**

Dated: April 1, 2026

MAXINE M. CHESNEY
United States District Judge