NIELSEN MERKSAMER LLP
  Christopher E. Skinnell, Esq. (S.B. No. 227093)
  David J. Lazarus, Esq. (S.B. No. 304352)
2350 Kerner Boulevard, Suite 250
San Rafael, California 94941
Telephone: (415) 389-6800
Facsimile:  (415) 388-6874
E-mail: cskinnell@nmgovlaw.com
E-mail: dlazarus@nmgovlaw.com

*Attorneys for Intervenor-Defendants*
CALIFORNIANS TO DEFEND THE OPEN PRIMARY
and INDEPENDENT VOTER PROJECT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEACE AND FREEDOM PARTY OF CALIFORNIA, *et al.*, <br><br> *Plaintiffs*, <br><br> vs. <br><br> Dr. SHIRLEY N. WEBER, CALIFORNIA SECRETARY OF STATE, <br><br> *Defendant.* <br><br> CALIFORNIANS TO DEFEND THE OPEN PRIMARY and INDEPENDENT VOTER PROJECT, <br><br> *Intervenor-Defendants*. | Case No. 3:24-cv-08308-MMC <br><br> **STIPULATION AND JOINT REQUEST FOR AN ORDER SETTING BRIEFING SCHEDULE ON DEFENDANT'S AND INTERVENOR-DEFENDANTS' MOTIONS TO DISMISS THE SECOND AMENDED COMPLAINT; [Proposed] ORDER** <br><br> Courtroom: 7 <br> Judge: Hon. Maxine M. Chesney <br> Trial Date: None Set <br> Action Filed: November 21, 2024 |

In accordance with Local Rules 6-1, 6-2 and 7-12, Plaintiffs Peace and Freedom Party, Libertarian Party of California, Green Party of California, American Solidarity Party of California, Gail Lightfoot, Joe Dehn, Sean Dougherty, William Patterson, Aaron Reveles, and Shannel Pittman; Defendant Shirley Weber, in her official capacity as California Secretary of State; and Intervenor-Defendants Californians to

Defend the Open Primary and Independent Voter Project (altogether, the "Parties"), hereby stipulate to extend the time for Defendant and Intervenor-Defendants to respond to the Second Amended Complaint ("SAC") as set forth below and ask the Court to enter an order setting a briefing schedule and hearing date on Defendants' and Intervenor-Defendants' forthcoming motions to dismiss the SAC, as follows:

WHEREAS, Plaintiffs filed the SAC on May 21, 2026, ECF No. 60; and

WHEREAS, Defendant and Intervenor-Defendants' current deadline to respond to the SAC is June 4, 2026, in accordance with Rule 15(a)(3) of the Federal Rules of Civil Procedure; and

WHEREAS, Defendant Weber and the Intervenor-Defendants desire additional time to prepare their motions to dismiss the SAC in light of scheduling conflicts; and

WHEREAS, Plaintiffs desire additional time to prepare their oppositions to Defendant Weber's and the Intervenor-Defendants' motions to dismiss the SAC; and

WHEREAS, the Parties have conferred and agreed to a briefing schedule and hearing date for motions to dismiss the SAC;

NOW THEREFORE,

The Parties agree that the Defendant's and Intervenor-Defendants' deadline to respond to the SAC is extended to June 23, 2026.  The Parties also agree to and ask the Court to enter an order adopting the following briefing schedule and hearing date for Defendant Weber's and the Intervenor-Defendants' motions to dismiss the SAC:

> Motions due: June 23, 2026;
>
> Oppositions due: August 3, 2026;
>
> Replies due: August 24, 2026;
>
> Hearing date: October 2, 2026.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Date: May 27, 2026

MAXINE M. CHESNEY
United States District Judge

Respectfully submitted,

Dated: May 26, 2026

DAVID I. SCHOEN, ATTORNEY AT LAW

s/ David I. Schoen
DAVID I. SCHOEN (PRO HAC VICE)

*Attorneys for Plaintiffs Peace & Freedom Party, Libertarian Party of California, Green Party of California, American Solidarity Party of California, Gail Lightfoot, Joe Dehn, Sean Dougherty, William Patterson, Aaron Reveles, and Shannel Pettman*

Dated: May 22, 2026

ROB BONTA
Attorney General of California
ANTHONY R. HAKL
Supervising Deputy Attorney General

s/ Gabrielle D. Boutin
GABRIELLE D. BOUTIN
Deputy Attorney General
*Attorneys for Defendant Dr. Shirley Weber, in her official capacity as California Secretary of State*

Dated: May 22, 2026

NIELSEN MERKSAMER LLP

s/ Christopher E. Skinnell
CHRISTOPHER E. SKINNELL
*Attorneys for Intervenor-Defendants Californians to Defend the Open Primary and Independent Voter Project*

## **FILER'S ATTESTATION**

I, Christopher E. Skinnell, attest in accordance with Local Rule 5-1(i)(3) that each of the other signatories to this document have concurred in the filing of the document.

Dated: May 26, 2026                    _s/ Christopher E. Skinnell_
                                       CHRISTOPHER E. SKINNELL