United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PEACE AND FREEDOM PARTY, et al.,
Plaintiffs,

v.

SHIRLEY N. WEBER,
Defendant.

Case No. 24-cv-08308-MMC

**ORDER CONTINUING HEARING ON MOTIONS TO DISMISS**

Before the Court are two motions: (1) defendant Shirley N. Weber's Motion to Dismiss; and (2) Intervenor-Defendants' Motion to Dismiss. Said motions are currently scheduled for hearing on October 2, 2026. In light of the Court's unavailability, the hearing on the above-referenced motions is hereby CONTINUED to October 23, 2026.

**IT IS SO ORDERED.**

Dated: September 14, 2026

MAXINE M. CHESNEY
United States District Judge