United States District Court
Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

PEACE AND FREEDOM PARTY, et al.,

Plaintiffs,

v.

SHIRLEY N. WEBER,

Defendant.

Case No. 24-cv-08308-MMC

**ORDER GRANTING IN PART AND DENYING IN PART DEFENDANTS' MOTIONS TO DISMISS**

Before the Court are (1) defendant Shirley N. Weber's ("Weber") "Motion to Dismiss Second Amended Complaint," and (2) intervenor-defendants Californians to Defend the Open Primary and Independent Voter Project's ("Intervenor Defendants") "Motion to Dismiss the Second Amended Complaint," both filed June 23, 2026. Plaintiffs have filed a single opposition to said motions, to which defendants have filed separate replies.

The matter came on regularly for hearing on October 23, 2026. Gabrielle D. Boutin of the California Attorney General's Office appeared on behalf of defendant Weber. Christopher E. Skinnell of Nielsen Merksamer LLP appeared on behalf of Intervenor Defendants. David I. Schoen of Schoen Law Firm, LLC appeared on behalf of plaintiffs.

The Court, having considered the parties' respective written submissions as well as the arguments of counsel made at the hearing, and for the reasons stated in detail on the record at the hearing, hereby rules as follows.

United States District Court
Northern District of California

1. To the extent defendants seek dismissal of "Count One (The March Primary)," the motions are hereby GRANTED.

2. To the extent defendants seek dismissal of "Count Two (Cal. Elec. Code §§ 8002.5 and 13105)," the motions are hereby DENIED.

**IT IS SO ORDERED.**

Dated: October 23, 2026

MAXINE M. CHESNEY
United States District Judge